# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CENTRAL SUBURBAN CONTRACTING | § | Case No. 09-48653 |
| & MAINTENANCE, INC., | § | |
| Debtor | § | |

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/23/2009 .   The undersigned trustee was appointed on 04/16/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $       111,631.63

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 34,209.87 |
| Bank service fees | 5,619.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                $       71,801.99

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/11/2010  and the deadline for filing governmental claims was  05/11/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,831.58 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,831.58 , for a total compensation of $ 8,831.58 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.39 , for total expenses of $ 6.39 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/11/2015                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                    Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 09-48653 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS,. SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | CENTRAL SUBURBAN CONTRACTING | | | | Date Filed (f) or Converted (c): | 12/23/2009 (f) |
| | | | | | 341(a) Meeting Date: | 02/02/2010 |
| For Period Ending: | 11/05/2015 | | | | Claims Bar Date: | 05/11/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CORPORATE CHECKING ACCOUNT | 49,945.58 | 49,945.58 | | 49,945.58 | FA |
| 2.  ACCOUNTS RECEIVABLE | 175,800.00 | 175,800.00 | | 58,675.30 | FA |
| 3.  LOAN TO SHAREHOLDER | 15,236.14 | 0.00 | | 0.00 | FA |
| 4.  LOAN TO SHAREHOLDER | 114,080.89 | 0.00 | | 0.00 | FA |
| 5.  2004 CHEVY SILVERADO | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6.  2000 CHEVY K15 SILVERADO | 4,100.00 | 4,100.00 | | 0.00 | FA |
| 7.  1997 FORD F250 PICKUP | 500.00 | 500.00 | | 0.00 | FA |
| 8.  1994 CHRYLSER LHS | 500.00 | 500.00 | | 0.00 | FA |
| 9.  1986 FORD F350 PICKUP | 500.00 | 500.00 | | 0.00 | FA |
| 10.  OFFICE EQUIPMENT | 600.00 | 600.00 | | 0.00 | FA |
| 11.  MACHINERY | 14,200.00 | 14,200.00 | | 0.00 | FA |
| 12.  Fraudulent transfer - C. Volpe (u)

Prior Trustee settled adversary for recovery of fraudulent transfer per order dated 1/11/13 for $3,000 to be paid in installments | Unknown | 0.00 | | 3,000.00 | FA |
| INT.  Interest Earned                    (u) | Unknown | N/A | | 10.75 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $379,462.61 | $250,145.58 | | $111,631.63 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active
TURNOVER OF BANK FUNDS; COLLECTION OF A/RS PENDING; PREFERENCE AVOIDANCES PENDING; 11A 02667; 11A 02669; 11A 02670; 11A 02671
Waiting for final tax returns.
Final estate taxes mailed in on 2/24/14.  Must wait 12 weeks to send prompt determination letters 5/24/14.
Successor Trustee appointed 4/16/14; TFR submitted to UST

Exhibit A

Initial Projected Date of Final Report (TFR): 12/30/2011          Current Projected Date of Final Report (TFR): 12/31/2015

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| Case No: | 09-48653 | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE | | |
| Case Name: | CENTRAL SUBURBAN CONTRACTING | | Bank Name: | The Bank of New York Mellon | | |
| | | | Account Number/CD#: | XXXXXX7265 | | |
| | | | | Money Market Account | | |
| Taxpayer ID No: | XX-XXX7936 | | Blanket Bond (per case limit): | $5,000,000.00 | | |
| For Period Ending: | 11/05/2015 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/10 | 1 | PNC BANK | TURNOVER OF BANK ACCOUNT | 1129-000 | $49,945.58 | | $49,945.58 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.64 | | $49,947.22 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $2.12 | | $49,949.34 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $49,949.75 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,950.17 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $49,950.58 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,951.00 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,951.42 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-48653, Bond#016026455 2300-000          $-32.90 | 2300-000 | | $32.90 | $49,918.52 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.38 | | $49,918.90 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,919.32 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $49,919.73 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,920.15 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $49,920.56 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,920.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $95.74 | $49,825.24 |

Case 09-48653   Doc 109   Filed 12/11/15   Entered 12/11/15 14:49:56   Desc Main
Document   Page 6 of 26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-48653
Case Name: CENTRAL SUBURBAN CONTRACTING

Taxpayer ID No: XX-XXX7936
For Period Ending: 11/05/2015

Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7265
Money Market Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,825.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $116.06 | $49,709.60 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($3.42) | $49,713.02 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $49,713.42 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $102.14 | $49,611.28 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,611.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $98.54 | $49,513.16 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $49,513.56 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $108.53 | $49,405.03 |
| 12/28/11 | 1002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD 1900 Ravinia PlaceOrland Park, IL 60462 | REIMBURSEMENT FOR 4 ADVERSARY FILING FEES        2700-000        $-1,172.00 11 A 0667; 11 A 02669;  11 A 02670; 11 A 02671 | 2700-000 | | $1,172.00 | $48,233.03 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $48,233.44 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $101.51 | $48,131.93 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $48,132.33 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $105.22 | $48,027.11 |
| 02/07/12 | | Transfer to Acct # xxxxxx5301 | Transfer of Funds | 9999-000 | | $48,027.11 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $2.45        $49,827.69

Exhibit B

| | $49,956.33 | $49,956.33 |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $48,027.11 |
| Subtotal | $49,956.33 | $1,929.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $49,956.33 | $1,929.22 |

Page Subtotals:                                    $0.00         $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-48653 | | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | CENTRAL SUBURBAN CONTRACTING | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account Number/CD#: | XXXXXX7266 |
| | | | | | Checking Account |
| Taxpayer ID No: | XX-XXX7936 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/05/2015 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | $0.00 | $0.00 | |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 | |
| | Subtotal | $0.00 | $0.00 | |
| | Less: Payments to Debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $0.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00        $0.00

Case 09-48653   Doc 109   Filed 12/11/15   Entered 12/11/15 14:49:56   Desc Main
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 9 of 26

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 09-48653 | | | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE | | | Exhibit B |
| Case Name: CENTRAL SUBURBAN CONTRACTING | | | Bank Name: GREEN BANK | | | |
| | | | Account Number/CD#: XXXXXX5301 | | | |
| | | | DDA | | | |
| Taxpayer ID No: XX-XXX7936 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 11/05/2015 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/07/12 | | Transfer from Acct # xxxxxx7265 | Transfer of Funds | 9999-000 | $48,027.11 | | $48,027.11 |
| 02/10/12 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern:  2/1/12 to<br>2/01/13          2300-000<br>  $-42.71 | 2300-000 | | $42.71 | $47,984.40 |
| 02/13/12 | 2 | PLOTE CONSTRUCTION INC.<br>1100 BRANDT DRIVEHOFFMAN ESTATES, IL  60192 | A/R TURNOVER | 1121-000 | $38,788.74 | | $86,773.14 |
| 02/29/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $89.77 | $86,683.37 |
| 03/30/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $144.39 | $86,538.98 |
| 04/30/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $130.63 | $86,408.35 |
| 05/31/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $139.43 | $86,268.92 |
| 06/29/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $139.21 | $86,129.71 |
| 07/31/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $134.50 | $85,995.21 |
| 08/20/12 | | VOID: UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | ($20.16) | $86,015.37 |
| 08/20/12 | 5003 | UPS<br>LOCKBOX 577CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY FEES<br>2990-000        $-17.74 | 2990-000 | | $17.74 | $85,997.63 |
| 08/20/12 | 5002 | UPS<br>LOCKBOX 577CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY FEES<br>2990-000        $-20.16 | 2990-000 | | $20.16 | $85,977.47 |
| 08/31/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $152.19 | $85,825.28 |
| 09/28/12 | | Green Bank<br>401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $120.62 | $85,704.66 |
| 10/05/12 | 5004 | ELITE PROCESS SERVING, LTD<br>16106 ROUTE 59, STE 200PLAINFIELD, IL  60586 | PRIVATE PROCESS SERVER<br>2990-000        $-65.00 | 2990-000 | | $65.00 | $85,639.66 |

| | | | | | |
|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | | Page Subtotals: | | $86,815.85 | $1,176.19 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 09-48653

Case Name: CENTRAL SUBURBAN CONTRACTING

Taxpayer ID No: XX-XXX7936

For Period Ending: 11/05/2015

Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE

Bank Name: GREEN BANK

Account Number/CD#: XXXXXX5301

DDA

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $138.23 | $85,501.43 |
| 11/30/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $142.42 | $85,359.01 |
| 12/31/12 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $128.85 | $85,230.16 |
| 01/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $137.53 | $85,092.63 |
| 02/21/13 | 5005 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA  70139 | Bond#016026455 2300-000        $-80.61 | 2300-000 | | $80.61 | $85,012.02 |
| 02/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $124.01 | $84,888.01 |
| 03/04/13 | 12 | CHRISTOPHER VOLPE 29 W 621 VALE ROADWEST CHICAGO, IL  60185 | SETTLEMENT PAYMENT RE ADVERSARY [dkt 74] PROCEEDING | 1241-000 | $1,000.00 | | $85,888.01 |
| 03/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $138.38 | $85,749.63 |
| 04/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $133.91 | $85,615.72 |
| 05/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $147.07 | $85,468.65 |
| 06/18/13 | 12 | Christopher M. Volpe 29 West 621 Vale RoadWest Chicago, IL  60185 | Settlement payment [dkt 74] adversary proceeding | 1241-000 | $1,000.00 | | $86,468.65 |
| 06/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $125.19 | $86,343.46 |
| 07/15/13 | 5006 | SCOTT HOREWITCH PIDGEON & ABRAMS, L 2150 E Lake Cook RoadSuite 560Buffalo Grove, IL  60089 | fees awarded per order [dkt 90] | 3410-000 | | $6,500.00 | $79,843.46 |

Case 09-48653   Doc 109   Filed 12/11/15   Entered 12/11/15 14:49:56   Desc Main
Document   Page 11 of 26

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 09-48653 | | | | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE | | |
|---|---|---|---|---|---|---|
| Case Name: CENTRAL SUBURBAN CONTRACTING | | | | Bank Name: GREEN BANK | | |
| | | | | Account Number/CD#: XXXXXX5301 | | |
| | | | | DDA | | |
| Taxpayer ID No: XX-XXX7936 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 11/05/2015 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $136.62 | $79,706.84 |
| 08/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $136.92 | $79,569.92 |
| 09/09/13 | 12 | Christopher Volpe 29 W. 621 Volpe Rd.West Chicago, IL 60185 | Settlement payment re: adversary [dkt 74] proceeding | 1241-000 | $1,000.00 | | $80,569.92 |
| 09/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $117.06 | $80,452.86 |
| 10/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $129.82 | $80,323.04 |
| 11/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $129.61 | $80,193.43 |
| 12/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $125.23 | $80,068.20 |
| 01/31/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $137.54 | $79,930.66 |
| 02/28/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $116.50 | $79,814.16 |
| 03/31/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $120.48 | $79,693.68 |
| 04/02/14 | 5007 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14 to 2/10/15        2300-000 $-66.13 | 2300-000 | | $66.13 | $79,627.55 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $111.93 | $79,515.62 |
| 05/02/14 | | Transfer to Acct # XXXXXX3581 | Bank Funds Transfer | 9999-000 | | $79,515.62 | $0.00 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 11)* | | Page Subtotals: | | | $1,000.00 | $80,843.46 | |

Exhibit B

| | | |
|---|---|---|
| COLUMN TOTALS | $89,815.85 | $89,815.85 |
| Less: Bank Transfers/CD's | $48,027.11 | $79,515.62 |
| Subtotal | $41,788.74 | $10,300.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,788.74 | $10,300.23 |

Case 09-48653    Doc 109    Filed 12/11/15    Entered 12/11/15 14:49:56    Desc Main
Document    Page 13 of 26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-48653

Case Name: CENTRAL SUBURBAN CONTRACTING

Taxpayer ID No: XX-XXX7936

For Period Ending: 11/05/2015

Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3581

Checking - Non Interest

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX5301 | Bank Funds Transfer | 9999-000 | $79,515.62 | | $79,515.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.18 | $79,397.44 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.23 | $79,283.21 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.88 | $79,165.33 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.70 | $79,047.63 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $113.74 | $78,933.89 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.35 | $78,816.54 |
| 11/14/14 | 10001 | SCOTT HOREWITCH PIDGEON & ABRAMS LL | per order 11/7/14 [dkt 101] | 3410-000 | | $1,685.00 | $77,131.54 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $112.35 | $77,019.19 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.50 | $76,904.69 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.34 | $76,790.35 |
| 02/19/15 | 10002 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $54.93 | $76,735.42 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.12 | $76,632.30 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $113.93 | $76,518.37 |
| 04/28/15 | 10003 | INNOVALAW P.C. | Court order #106 entered 2/6/15 | 3110-000 | | $23,164.00 | $53,354.37 |
| 05/01/15 | 10004 | INNOVALAW P.C. | attorney expenses per order [dkt 106] | 3120-000 | | $1,328.85 | $52,025.52 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $110.09 | $51,915.43 |

Page Subtotals:                    $79,515.62          $27,600.19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: 09-48653 | | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE | Exhibit B |
| Case Name: CENTRAL SUBURBAN CONTRACTING | | Bank Name: Associated Bank | |
| | | Account Number/CD#: XXXXXX3581 | |
| | | Checking - Non Interest | |
| Taxpayer ID No: XX-XXX7936 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/05/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/15 | | CONSTRUCTION, K-FIVE 13769 Main StLemont IL 60439 | | 1121-000 | $19,886.56 | | $71,801.99 |
| 06/01/15 | 2 | CONSTRUCTION, K-FIVE 13769 Main StreetLemont IL 60439 | account receivable | 1121-000 | $19,886.56 | | $91,688.55 |
| 06/01/15 | | Reverses Deposit # 1 | deposit entered twice | 1121-000 | ($19,886.56) | | $71,801.99 |

| | | |
|---|---|---|
| COLUMN TOTALS | $99,402.18 | $27,600.19 |
| Less: Bank Transfers/CD's | $79,515.62 | $0.00 |
| Subtotal | $19,886.56 | $27,600.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,886.56 | $27,600.19 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*          Page Subtotals:          $19,886.56          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3581 - Checking - Non Interest | $19,886.56 | $27,600.19 | $71,801.99 |
| XXXXXX5301 - DDA | $41,788.74 | $10,300.23 | $0.00 |
| XXXXXX7265 - Money Market Account | $49,956.33 | $1,929.22 | $0.00 |
| XXXXXX7266 - Checking Account | $0.00 | $0.00 | $0.00 |
|  | $111,631.63 | $39,829.64 | $71,801.99 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $111,631.63 |
| Total Gross Receipts: | $111,631.63 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-48653-DRC                                                      Date: November 5, 2015

Debtor Name: CENTRAL SUBURBAN CONTRACTING

Claims Bar Date: 5/11/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | Portion of trustee compensation -- to be shared with prior trustee | $0.00 | $4,500.00 | $4,500.00 |
| 100 2200 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | Postage for Estate tax returns | $0.00 | $6.39 | $6.39 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY Arthur B. Levine Company | Administrative | | $0.00 | $54.93 | $54.93 |
| 100 2100 | PRIOR TRUSTE DAVID E. GROCHOCINSKI | Administrative | Portion of Trustee compensation -- to be shared with successor trustee | $0.00 | $4,331.58 | $4,331.58 |
| 100 3110 | INNOVALAW PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative | Compensation awarded to Trustee's attorneys per order 2/6/15 [dkt 106] | $0.00 | $23,164.00 | $23,164.00 |
| 100 3120 | INNOVALAW PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative | Expenses awarded to Trustee's attorneys per order 2/6/15 [dkt 106] | $0.00 | $1,328.85 | $1,328.85 |
| 100 3410 | SCOTT HOREWITCH PIDGEON & ABRAMS 2150 E. LAKE COOK ROAD SUITE 560 BUFFALO GROVE, IL 60089-1877 | Administrative | | $0.00 | $3,212.50 | $3,212.50 |
| 200 3410 | SCOTT HOREWITCH PIDGEON & ABRAMS L 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Administrative | Compensation awarded per orders 7/12/13 [dkt 90] and 11/7/14 [dkt 101] | $0.00 | $8,185.00 | $8,185.00 |
| 5 230 5300 | LOCAL 150 U. O. E. VACATION SAVINGS I c/o Jennifer L. Dunitz-Geiringer Baum Sigman Auerbach & Neuman, Ltd. 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Priority | | $0.00 | $206.15 | $206.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-48653-DRC                                                    Date: November 5, 2015
Debtor Name: CENTRAL SUBURBAN CONTRACTING
Claims Bar Date: 5/11/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21 230 5300 | CONSTRUCTION AND GENERAL LABORERS' District Council of Chicago and Vicinity 111 W. Jackson Blvd., Suite 1415 Chicago, IL 60604 | Priority | claim amended | $0.00 | $34,557.87 | $34,557.87 |
| 22 230 5300 | IUOE LOCAL 150 AFL-CIO Elizabeth A LaRose 6140 Joliet Road Countryside, IL 60525 | Priority | | $0.00 | $1,517.76 | $1,517.76 |
| 23 230 5300 | LABORERS' PENSION & WELFARE FUNDS Office of Fund Counsel c/o Christina Krivanek 111 W Jackson Blvd Ste 1415 Chicago, IL 60604 | Priority | claim amended, part 507(a)(4) and part 507(a)(5) (23-1) Benefit contributions, dues, interest, fees and costs | $0.00 | $2,124.77 | $2,124.77 |
| 1 240 5400 | MIDWEST OPERATING ENGINEERS WELFARE c/o Jennifer L. Dunitz-Geiringer Baum Sigman Auerbach & Neuman, Ltd. 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Priority | | $0.00 | $1,269.45 | $1,269.45 |
| 2 240 5400 | MIDWEST OPERATING ENGINEERS PENSION c/o Jennifer L. Dunitz-Geiringer Baum Sigman Auerbach & Neuman, Ltd. 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Priority | | $0.00 | $764.92 | $764.92 |
| 3 240 5400 | MIDWEST OPERATING ENGINEERS RETIREM c/o Jennifer L. Dunitz-Geiringer Baum Sigman Auerbach & Neuman, Ltd. 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Priority | | $0.00 | $108.50 | $108.50 |
| 4 240 5400 | OPERATING ENGINEERS LOCAL 150 APPRE c/o Jennifer L. Dunitz-Geiringer Baum Sigman Auerbach & Neuman, Ltd. 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Priority | | $0.00 | $124.77 | $124.77 |
| 23.1 240 5400 | LABORERS' PENSION & WELFARE FUNDS Office of Fund Counsel c/o Christina Krivanek 111 W Jackson Blvd Ste 1415 Chicago, IL 60604 | Priority | claim amended, part 507(a)(4) and part 507(a)(5) per order dated 12/19/14, the 507(a)(5) portion of claim is reduced by $1,087.02 which was paid directly by K-Five as part of settlement and trustee was authorized to reduce claim by said amount | $0.00 | $46,668.14 | $45,581.12 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-48653-DRC                                                          Date: November 5, 2015

Debtor Name: CENTRAL SUBURBAN CONTRACTING

Claims Bar Date: 5/11/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1a<br>610<br>7100 | MIDWEST OPERATING<br>ENGINEERS WELFARE<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach &<br>Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $20,744.99 | $20,744.99 |
| 2a<br>610<br>7100 | MIDWEST OPERATING<br>ENGINEERS PENSION<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach &<br>Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $13,066.64 | $13,066.64 |
| 3a<br>610<br>7100 | MIDWEST OPERATING<br>ENGINEERS RETIREM<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach &<br>Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $1,078.65 | $1,078.65 |
| 4a<br>610<br>7100 | OPERATING ENGINEERS<br>LOCAL 150 APPRE<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach &<br>Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $2,007.47 | $2,007.47 |
| 5a<br>610<br>7100 | LOCAL 150 U. O. E. VACATION<br>SAVINGS I<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach &<br>Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $3,764.84 | $3,764.84 |
| 6<br>610<br>7100 | M.O.E. CONSTRUCTION<br>INDUSTRY RESEAR<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach &<br>Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $495.13 | $495.13 |
| 7<br>610<br>7100 | R.W. DUNTEMAN COMPANY<br>c/o Kenneth M. Mastny<br>Berglund & Mastny, P.C.<br>1010 Jorie Blvd. Suite 370<br>Oak Brook, IL  60523 | Unsecured | (7-1) Backcharges for unpaid suppliers & subcontractors (Glendale Heights Project) | $0.00 | $81,863.53 | $81,863.53 |
| 8<br>610<br>7100 | DEKANE EQUIPMENT<br>CORPORATION<br>47W619 US Rt 30<br>PO Box 157<br>Big Rock, IL  60511 | Unsecured | | $0.00 | $2,992.64 | $2,992.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-48653-DRC                                                          Date: November 5, 2015
Debtor Name: CENTRAL SUBURBAN CONTRACTING
Claims Bar Date: 5/11/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>610<br>7100 | SAFETY CHECK INC.<br>13753 McKanna Road<br>Minooka, IL  60447 | Unsecured | | $0.00 | $6,000.00 | $6,000.00 |
| 10<br>610<br>7100 | R. ZIMMERMAN INC.<br>301 Industrial Drive<br>DeKalb, IL  60115 | Unsecured | | $0.00 | $1,880.00 | $1,880.00 |
| 11<br>610<br>7100 | ELMHURST-CHICAGO STONE CO<br>a Delware Corp<br>c/o Edgerton & Edgerton<br>125 Wood St P O Box 218<br>West Chicago, IL  60186-0218 | Unsecured | Asserted secured claim<br>Allowed in reduced amount as unsecured claim per order 4/13/12 [dkt 59] | $0.00 | $121,043.13 | $54,055.85 |
| 12<br>610<br>7100 | MARKATY INC<br>c/o Edgerton & Edgerton<br>125 Wood ST P O Box 218<br>West Chicago, IL  60186-0218 | Unsecured | Asserted secured claim<br>Allowed in reduced amount as unsecured claim per order dated 3/26/12 [dkt 52] | $0.00 | $3,072.06 | $614.40 |
| 13<br>610<br>7100 | WEN ENTERPRISES INC<br>c/o Edgerton & Edgerton<br>125 Wood St P O Box 218<br>West Chicago, IL  60186-0218 | Unsecured | Asserted secured claim<br>Allowed in reduced amount as unsecured claim per order dated 3/26/12 [dkt 54] | $0.00 | $4,698.76 | $939.75 |
| 14<br>610<br>7100 | BULL'S EYE BORING INC.<br>3220 21st Street<br>Zion, IL  60099 | Unsecured | | $0.00 | $8,600.00 | $8,600.00 |
| 15<br>610<br>7100 | R & J CONTRUCTION SUPPLY CO.<br>Paul L Greviskes<br>PO Box 393<br>109 East Wilson Street<br>Batavia, IL  60510-3175 | Unsecured | (15-1) Rental of Equipment / NSF Check | $0.00 | $1,915.92 | $1,915.92 |
| 16<br>610<br>7100 | LAFARGE FOX RIVER INC.<br>23283 Network Place<br>Chicago, IL  60673-1232 | Unsecured | | $0.00 | $49,266.36 | $49,266.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-48653-DRC                                                                    Date: November 5, 2015

Debtor Name: CENTRAL SUBURBAN CONTRACTING

Claims Bar Date: 5/11/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 610 7100 | MID AMERICAN WATER INC. 1500 East Mountain Aurora, IL  60505 | Unsecured | Allowed in reduced amount per order dated 2/10/12 [dkt 46] | $0.00 | $105,324.58 | $55,324.58 |
| 18 610 7100 | WEST BEND MUTUAL INSURANCE CO. 1900 S. 18th Avenue West Bend, WI  53095 | Unsecured | claim amended | $0.00 | $838.66 | $838.66 |
| 19 610 7100 | GENEVA CONSTRUCTION COMPANY C/O Kathleen Vaught, P.C. Attorney at Law 600 W. Roosevelt Road, Suite B-1 Wheaton, IL  60187 | Unsecured | (19-1) Monies Paid / Liens / Services Performed Claim allowed in reduced amount per order 8/1/12 [dkt 63] | $0.00 | $332,406.92 | $187,280.23 |
| 20 610 7100 | KIEFT BROTHERS INC. Anthony G Suizzo Law Office 1701 E Lake Avenue Ste 310 Glenview, IL  60025 | Unsecured | claimed $136,051.68 secured and $1,621.32 unsecured Claim allowed as unsecured claim in amount of $24,549.71 per order dated 4/23/12 [dkt 60] | $0.00 | $136,051.68 | $24,549.71 |
| 21a 610 7100 | CONSTRUCTION AND GENERAL LABORERS' District Council of Chicago and Vicinity 111 W. Jackson Blvd., Suite 1415 Chicago, IL  60604 | Unsecured | | $0.00 | $765.00 | $765.00 |
| 22a 610 7100 | IUOE LOCAL 150 AFL-CIO Elizabeth A LaRose 6140 Joliet Road Countryside, IL  60525 | Unsecured | | $0.00 | $1,254.41 | $1,254.41 |
| 23a 610 7100 | LABORERS' PENSION & WELFARE FUNDS Office of Fund Counsel c/o Christina Krivanek 111 W Jackson Blvd Ste 1415 Chicago, IL  60604 | Unsecured | (23-1) Benefit contributions, dues, interest, fees and costs | $0.00 | $93,396.26 | $93,396.26 |
| | Case Totals | | | $0.00 | $1,124,153.21 | $743,233.58 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: November 5, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-48653-DRC                                                                    Date: December 11, 2015

Debtor Name: CENTRAL SUBURBAN CONTRACTING &
MAINTENANCE, INC.

Claims Bar Date: 5/11/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 23a | LABORERS' PENSION & | Unsecured | | $0.00 | $93,396.26 | $93,396.26 |
| 610 | WELFARE FUNDS | | | | | |
| 7100 | Office of Fund Counsel | | (23-1) Benefit contributions, dues, interest, fees and costs | | | |
| | c/o Christina Krivanek | | | | | |
| | 111 W Jackson Blvd Ste 1415 | | | | | |
| | Chicago, IL  60604 | | | | | |
| | Case Totals | | | $0.00 | $1,124,653.21 | $743,733.58 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 21)*

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-48653
Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC.
Trustee Name: BRENDA PORTER HELMS, SUCCESSOR TRUSTEE

Balance on hand                                    $          71,801.99

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 4,500.00 | $ 0.00 | $ 4,500.00 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 6.39 | $ 0.00 | $ 6.39 |
| Attorney for Trustee Fees: INNOVALAW PC | $ 23,164.00 | $ 23,164.00 | $ 0.00 |
| Attorney for Trustee Expenses: INNOVALAW PC | $ 1,328.85 | $ 1,328.85 | $ 0.00 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS | $ 3,212.50 | $ 0.00 | $ 3,212.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 54.93 | $ 54.93 | $ 0.00 |
| Other: PRIOR TRUSTE DAVID E. GROCHOCINSKI | $ 4,331.58 | $ 0.00 | $ 4,331.58 |
| Other: SCOTT HOREWITCH PIDGEON & ABRAMS L | $ 8,185.00 | $ 8,185.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        12,050.47

Remaining Balance                                             $        59,751.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 86,255.31  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | LOCAL 150 U. O. E. VACATION SAVINGS I | $        206.15 | $        0.00 | $        206.15 |
| 21 | CONSTRUCTION AND GENERAL LABORERS' | $    34,557.87 | $        0.00 | $    34,557.87 |
| 22 | IUOE LOCAL 150 AFL-CIO | $      1,517.76 | $        0.00 | $      1,517.76 |
| 23 | LABORERS' PENSION & WELFARE FUNDS | $      2,124.77 | $        0.00 | $      2,124.77 |
| 1 | MIDWEST OPERATING ENGINEERS WELFARE | $      1,269.45 | $        0.00 | $        566.29 |
| 2 | MIDWEST OPERATING ENGINEERS PENSION | $        764.92 | $        0.00 | $        341.23 |
| 3 | MIDWEST OPERATING ENGINEERS RETIREM | $        108.50 | $        0.00 | $          48.40 |
| 4 | OPERATING ENGINEERS LOCAL 150 APPRE | $        124.77 | $        0.00 | $          55.66 |
| 23.1 | LABORERS' PENSION & WELFARE FUNDS | $    45,581.12 | $        0.00 | $    20,333.39 |

Total to be paid to priority creditors                         $                59,751.52

Remaining Balance                                                      $                       0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 612,695.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | MIDWEST OPERATING ENGINEERS WELFARE | $    20,744.99 | $        0.00 | $        0.00 |
| 2a | MIDWEST OPERATING ENGINEERS PENSION | $    13,066.64 | $        0.00 | $        0.00 |
| 3a | MIDWEST OPERATING ENGINEERS RETIREM | $     1,078.65 | $        0.00 | $        0.00 |
| 4a | OPERATING ENGINEERS LOCAL 150 APPRE | $     2,007.47 | $        0.00 | $        0.00 |
| 5a | LOCAL 150 U. O. E. VACATION SAVINGS I | $     3,764.84 | $        0.00 | $        0.00 |
| 6 | M.O.E. CONSTRUCTION INDUSTRY RESEAR | $       495.13 | $        0.00 | $        0.00 |
| 7 | R.W. DUNTEMAN COMPANY | $    81,863.53 | $        0.00 | $        0.00 |
| 8 | DEKANE EQUIPMENT CORPORATION | $     2,992.64 | $        0.00 | $        0.00 |
| 9 | SAFETY CHECK INC. | $     6,000.00 | $        0.00 | $        0.00 |
| 10 | R. ZIMMERMAN INC. | $     1,880.00 | $        0.00 | $        0.00 |
| 11 | ELMHURST-CHICAGO STONE CO | $    54,055.85 | $        0.00 | $        0.00 |
| 12 | MARKATY INC | $       614.40 | $        0.00 | $        0.00 |
| 13 | WEN ENTERPRISES INC | $       939.75 | $        0.00 | $        0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | BULL'S EYE BORING INC. | $ 8,600.00 | $ 0.00 | $ 0.00 |
| 15 | R & J CONTRUCTION SUPPLY CO. | $ 1,915.92 | $ 0.00 | $ 0.00 |
| 16 | LAFARGE FOX RIVER INC. | $ 49,266.36 | $ 0.00 | $ 0.00 |
| 17 | MID AMERICAN WATER INC. | $ 55,324.58 | $ 0.00 | $ 0.00 |
| 18 | WEST BEND MUTUAL INSURANCE CO. | $ 838.66 | $ 0.00 | $ 0.00 |
| 19 | GENEVA CONSTRUCTION COMPANY | $ 187,280.23 | $ 0.00 | $ 0.00 |
| 20 | KIEFT BROTHERS INC. | $ 24,549.71 | $ 0.00 | $ 0.00 |
| 21a | CONSTRUCTION AND GENERAL LABORERS' | $ 765.00 | $ 0.00 | $ 0.00 |
| 22a | IUOE LOCAL 150 AFL-CIO | $ 1,254.41 | $ 0.00 | $ 0.00 |
| 23a | LABORERS' PENSION & WELFARE FUNDS | $ 93,396.26 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE