UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
CENTRAL SUBURBAN CONTRACTING §       Case No. 09-48653
& MAINTENANCE, INC.                  §
                                     §
          Debtor                     §

NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               219 S. Dearborn Street
               Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on  Friday, January 8, 2016 in Courtroom 240,
               Kane County Courthouse
               100 S. Third Street
               Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____              By: /s/ Brenda Porter Helms_____
                                                                                    Successor Trustee

*BRENDA PORTER HELMS,  SUCCESSOR  TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CENTRAL SUBURBAN CONTRACTING § Case No. 09-48653
& MAINTENANCE, INC. §
§
Debtor §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 111,631.63 |
| and approved disbursements of | $ | 39,829.64 |
| leaving a balance on hand of[1] | $ | 71,801.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS | $ 4,500.00 | $ 0.00 | $ 4,500.00 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 6.39 | $ 0.00 | $ 6.39 |
| Attorney for Trustee Fees: INNOVALAW PC | $ 23,164.00 | $ 23,164.00 | $ 0.00 |
| Attorney for Trustee Expenses: INNOVALAW PC | $ 1,328.85 | $ 1,328.85 | $ 0.00 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS | $ 3,212.50 | $ 0.00 | $ 3,212.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 54.93 | $ 54.93 | $ 0.00 |
| Other: PRIOR TRUSTE DAVID E. GROCHOCINSKI | $ 4,331.58 | $ 0.00 | $ 4,331.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: SCOTT HOREWITCH PIDGEON & ABRAMS L | $ 8,185.00 | $ 8,185.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 12,050.47 |
| Remaining Balance | $ 59,751.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 86,255.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | LOCAL 150 U. O. E. VACATION SAVINGS I | $ 206.15 | $ 0.00 | $ 206.15 |
| 21 | CONSTRUCTION AND GENERAL LABORERS' | $ 34,557.87 | $ 0.00 | $ 34,557.87 |
| 22 | IUOE LOCAL 150 AFL-CIO | $ 1,517.76 | $ 0.00 | $ 1,517.76 |
| 23 | LABORERS' PENSION & WELFARE FUNDS | $ 2,124.77 | $ 0.00 | $ 2,124.77 |
| 1 | MIDWEST OPERATING ENGINEERS WELFARE | $ 1,269.45 | $ 0.00 | $ 566.29 |
| 2 | MIDWEST OPERATING ENGINEERS PENSION | $ 764.92 | $ 0.00 | $ 341.23 |
| 3 | MIDWEST OPERATING ENGINEERS RETIREM | $ 108.50 | $ 0.00 | $ 48.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | OPERATING ENGINEERS LOCAL 150 APPRE | $ 124.77 | $ 0.00 | $ 55.66 |
| 23.1 | LABORERS' PENSION & WELFARE FUNDS | $ 45,581.12 | $ 0.00 | $ 20,333.39 |
| | Total to be paid to priority creditors | | | $ 59,751.52 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 612,695.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | MIDWEST OPERATING ENGINEERS WELFARE | $ 20,744.99 | $ 0.00 | $ 0.00 |
| 2a | MIDWEST OPERATING ENGINEERS PENSION | $ 13,066.64 | $ 0.00 | $ 0.00 |
| 3a | MIDWEST OPERATING ENGINEERS RETIREM | $ 1,078.65 | $ 0.00 | $ 0.00 |
| 4a | OPERATING ENGINEERS LOCAL 150 APPRE | $ 2,007.47 | $ 0.00 | $ 0.00 |
| 5a | LOCAL 150 U. O. E. VACATION SAVINGS I | $ 3,764.84 | $ 0.00 | $ 0.00 |
| 6 | M.O.E. CONSTRUCTION INDUSTRY RESEAR | $ 495.13 | $ 0.00 | $ 0.00 |
| 7 | R.W. DUNTEMAN COMPANY | $ 81,863.53 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | DEKANE EQUIPMENT CORPORATION | $ 2,992.64 | $ 0.00 | $ 0.00 |
| 9 | SAFETY CHECK INC. | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 10 | R. ZIMMERMAN INC. | $ 1,880.00 | $ 0.00 | $ 0.00 |
| 11 | ELMHURST-CHICAGO STONE CO | $ 54,055.85 | $ 0.00 | $ 0.00 |
| 12 | MARKATY INC | $ 614.40 | $ 0.00 | $ 0.00 |
| 13 | WEN ENTERPRISES INC | $ 939.75 | $ 0.00 | $ 0.00 |
| 14 | BULL'S EYE BORING INC. | $ 8,600.00 | $ 0.00 | $ 0.00 |
| 15 | R & J CONTRUCTION SUPPLY CO. | $ 1,915.92 | $ 0.00 | $ 0.00 |
| 16 | LAFARGE FOX RIVER INC. | $ 49,266.36 | $ 0.00 | $ 0.00 |
| 17 | MID AMERICAN WATER INC. | $ 55,324.58 | $ 0.00 | $ 0.00 |
| 18 | WEST BEND MUTUAL INSURANCE CO. | $ 838.66 | $ 0.00 | $ 0.00 |
| 19 | GENEVA CONSTRUCTION COMPANY | $ 187,280.23 | $ 0.00 | $ 0.00 |
| 20 | KIEFT BROTHERS INC. | $ 24,549.71 | $ 0.00 | $ 0.00 |
| 21a | CONSTRUCTION AND GENERAL LABORERS' | $ 765.00 | $ 0.00 | $ 0.00 |
| 22a | IUOE LOCAL 150 AFL-CIO | $ 1,254.41 | $ 0.00 | $ 0.00 |
| 23a | LABORERS' PENSION & WELFARE FUNDS | $ 93,396.26 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $             0.00

Remaining Balance                                             $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Central Suburban Contracting and Mainten  
     Debtor

Case No. 09-48653-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: ajauregui   Page 1 of 3   Date Rcvd: Dec 15, 2015  
                     Form ID: pdf006   Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2015.

```
db               Central Suburban Contracting and Maintenance, Inc.,    29 W. 261 Vale Rd.,
                  West Chicago, IL  60185
14888881         Allied Asphalt Paving Company,   110 Brandt Drive,   Hoffman Estates, IL 60192
14888883        +Beverly Materials, LLC,   1100 Brandt Drive,   Hoffman Estates, IL 60192-1676
14888886        +Bull's Eye Boring, Inc.,   3220 21st Street,   Zion, IL 60099-1428
14888887        +Chase,   340 S Cleveland Ave,   Building 370,   Westerville, OH 43081-8917
14888888         Coface Collections North America,   PO Box 8510,   Metairie, LA 70011-8510
14888889        +Construction & General Laborers,   Local Union # 25,   9838 West Roosevelt Road,
                  Westchester, IL 60154-2777
15558318        +Construction and General Laborers',   District Council of Chicago and Vicinity,
                  111 W. Jackson Blvd., Suite 1415,   Chicago, IL 60604-3868
14888890         Crush-Crete, Inc.,   Addison, IL 60101
14888891        +DeKane Equipment Corporation,   47W619 US Rt 30,   PO Box 157,   Big Rock, IL 60511-0157
14888892         Dennis Volpe,   29 W 261 Vale Rd.,   West Chicago, IL 60185
14888896        +Dennis Volpe,   29 W 621 Vale Rd.,   West Chicago, IL 60185-1724
14888897         Elmhurst Chicago Stone,   PO Box 57,   Elmhurst, IL 60126-0057
15243924         Elmhurst-Chicago Stone Co,   a Delware Corp,   c/o Edgerton & Edgerton,
                  125 Wood St  P O Box 218,   West Chicago, IL 60186-0218
14888898         Ford Motor Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
14888899         Fox Valley Chlorinating Specialists Inc.,   24 W 134 St Charles Rd,   Carol Stream, IL 60188
14888900        +Gabrick Excavating,   9250 Trinity Drive,   Lake in the Hills, IL 60156-1664
15544426        +Geneva Construction Company,   C/O Kathleen Vaught, P.C.,   Attorney at Law,
                  600 W. Roosevelt Road, Suite B-1,   Wheaton, IL 60187-2302
15559218        +IUOE Local 150 AFL-CIO,   Elizabeth A LaRose,   6140 Joliet Road,   Countryside, IL 60525-3956
14888902         International Union,   of Operating Engineers,   6200 Joliet Road,
                  Country Side, IL 60525-3992
14888903       +++Kieft Brothers, Inc.,   Anthony G Suizzo Law Office,   1701 E Lake Avenue  Ste 310,
                  Glenview, IL 60025-2061
14888905         LaFarge Fox River, Inc.,   23283 Network Place,   Chicago, IL 60673-1232
14888904       +++Laborers' Pension & Welfare Funds,   Office of Fund Counsel,   c/o Christina Krivanek,
                  111 W Jackson Blvd Ste 1415,   Chicago, IL 60604-3868
14969308         Local 150 I.U.O.E. Vacation Savings Plan,   c/o Jennifer L. Dunitz-Geiringer,
                  Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
                  Chicago, IL  60606-5231
14969309         M.O.E. Construction Industry Research & Service,   c/o Jennifer L. Dunitz-Geiringer,
                  Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
                  Chicago, IL  60606-5231
14888909        +MRG Enterprises,   1736 Farmside Drive,   Carpentersville, IL 60110-3305
15243925         Markaty Inc,   c/o Edgerton & Edgerton,   125 Wood ST  P O Box 218,
                  West Chicago, IL 60186-0218
14888906        +Markaty, Inc.,   1311 N. Raddant Rd.,   Batavia, IL 60510-4323
14888907        +Mid American Water, Inc.,   1500 East Mountain,   Aurora, IL 60505-2441
14888908        +Midwest Operating Engineers,   Fringe Benefit Funds,   6150 Joliet Road,
                  Country Side, IL 60525-3956
14969305         Midwest Operating Engineers Pension Trust Fund,   c/o Jennifer L. Dunitz-Geiringer,
                  Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
                  Chicago, IL  60606-5231
14969306         Midwest Operating Engineers Retirement Enhancement,   c/o Jennifer L. Dunitz-Geiringer,
                  Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
                  Chicago, IL  60606-5231
14969304         Midwest Operating Engineers Welfare Fund,   c/o Jennifer L. Dunitz-Geiringer,
                  Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
                  Chicago, IL  60606-5231
14969307         Operating Engineers Local 150 Apprenticeship Fund,   c/o Jennifer L. Dunitz-Geiringer,
                  Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
                  Chicago, IL  60606-5231
14888910        +Optio Solutions, LLC,   6139 State Farm Drive,   Rohnert Park, CA 94928-2146
14888912        +Paul L. Greviskes,   PO Box 393,   109 East Wilson Street,   Batavia, IL 60510-3187
14888913         R & J Construction Supply Co.,   Paul L Greviskes,   PO Box 393,   109 East Wilson Street,
                  Batavia IL 60510-3175
14888914        +R. Zimmerman, Inc.,   301 Industrial Drive,   DeKalb, IL 60115-3935
15088769        +R.W. Dunteman Company,   c/o Kenneth M. Mastny,   Berglund & Mastny, P.C.,
                  1010 Jorie Blvd. Suite 370,   Oak Brook, IL 60523-4467
14888915        +Safety Check, Inc.,   13753 McKanna Road,   Minooka, IL 60447-9637
14888916        +Sherman Benefit Manager - Algonquin,   600 S. Randall Road,   Algonquin, IL 60102-5936
14888917        +TCL Excavating, Inc.,   617 Whirlaway Dr.,   Genoa, IL 60135-8037
14888918        +Union Oil of Union, IL.,   18720 Route 176,   Marengo, IL 60152-9472
15262383         WEN Enterprises Inc,   c/o Edgerton & Edgerton,   125 Wood St  P O Box 218,
                  West Chicago, IL 60186-0218
14888920        +WEN Enterprises, Inc.,   1311 N. Raddant Rd.,   Batavia, IL 60510-4323
14888919        +Weiss, Sugar, Dvorak & Dusek, Ltd,   Certified Public Accountants,   20 N Wacker Dr, Suite 2250,
                  Chicago, IL 60606-3095
14888921        +West Bend Mutual Insurance Co.,   1900  S. 18th Avenue,   West Bend, WI 53095-9791
14888922         William Boyle,   741 Farow,   Aurora, IL 60506
```

```
District/off: 0752-1          User: ajauregui            Page 2 of 3                   Date Rcvd: Dec 15, 2015
                              Form ID: pdf006            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14888882       +E-mail/Text: credit@atlaslift.com Dec 16 2015 02:00:37      Atlas Companies,    5050 N River Rd,
                 Schiller Park, IL 60176-1092
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20433296          Construction Industry Research and Service Trust F
15558269          Construction and General Laborers' District Counci
14888901          GMAC
20433301          Local 150, I.U.O.E. Vacation Savings Plan
20433311          Midwest Operating Engineers Pension Trust Fund
20433320          Midwest Operating Engineers Retirement Enhancement
20433338          Midwest Operating Engineers Welfare Fund
20433305          Operating Engineers Local 150 Apprenticeship Fund
14888893*         Dennis Volpe,    29 W 261 Vale Rd.,    West Chicago, IL 60185
14888894*         Dennis Volpe,    29 W 261 Vale Rd.,    West Chicago, IL 60185
14888895*         Dennis Volpe,    29 W 261 Vale Rd.,    West Chicago, IL 60185
14888911*        +Optio Solutions, LLC,    6139 State Farm Drive,    Rohnert Park, CA 94928-2146
14888884       ##+Blackstone Equipment Financing, Inc,    1224 E. Katella Av.,    Suite #205,
                 Orange, CA 92867-5082
14888885       ##+Blackstone Equipment Leasing,    1224 E. Katella Av.,    Suite #205,   Orange, CA 92867-5082
                                                                                 TOTALS: 8, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2015 at the address(es) listed below:
```
              Anthony G Suizzo    on behalf of Creditor    Kieft brothers,inc ags@suizzolaw.com
              Ariane  Holtschlag    on behalf of Plaintiff David E Grochocinski    Trustee
               aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
              Christina K Krivanek    on behalf of Creditor    Construction and General Laborer' District Council
               of Chicago and Vicinity christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
              David  Brown, ESQ    on behalf of Defendant Christopher  Volpe dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David E Grochocinski    on behalf of Plaintiff David E Grochocinski   Trustee lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Accountant Alan  Horewitch lawyers@innovalaw.com,
               lawyers@innovalaw.com
              Douglas C. Tibble    on behalf of Defendant    Deca Contractors, LLC dtibble@napervillelaw.com
              Douglas C. Tibble    on behalf of Creditor    DECA Contractors LLC dtibble@napervillelaw.com
              Elizabeth A LaRose    on behalf of Creditor    Operating Engineers Local 150 Apprenticeship Fund
               elarose@local150.org, docketing@local150.org;lkramer@local150.org
              Elizabeth A LaRose    on behalf of Creditor    Construction Industry Research and Service Trust
               Fund elarose@local150.org, docketing@local150.org;lkramer@local150.org
              Elizabeth A LaRose    on behalf of Creditor    Midwest Operating Engineers Pension Trust Fund
               elarose@local150.org, docketing@local150.org;lkramer@local150.org
              Elizabeth A LaRose    on behalf of Creditor    Local 150, I.U.O.E. Vacation Savings Plan
               elarose@local150.org, docketing@local150.org;lkramer@local150.org
              Elizabeth A LaRose    on behalf of Creditor    Midwest Operating Engineers Retirement Enhancement
                Fund elarose@local150.org, docketing@local150.org;lkramer@local150.org
```

```
District/off: 0752-1          User: ajauregui            Page 3 of 3              Date Rcvd: Dec 15, 2015
                              Form ID: pdf006            Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Elizabeth A LaRose    on behalf of Creditor    Midwest Operating Engineers Welfare Fund
          elarose@local150.org,    docketing@local150.org;lkramer@local150.org
         Joseph P. Berglund    on behalf of Creditor    R.W. Dunteman Company berglundmastny@aol.com,
          berglundniew@aol.com
         Kathleen  Vaught     on behalf of Creditor    Geneva Construction Company attykv@yahoo.com
         Kathleen M. McGuire    on behalf of Plaintiff David E Grochocinski    Trustee
          kathleenmmcguirelaw@gmail.com,    kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
         Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
          kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
         Kathleen M. McGuire    on behalf of Trustee Brenda Porter Helms, ESQ kathleenmmcguirelaw@gmail.com,
          kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
         Kathleen M. McGuire    on behalf of Accountant Alan  Horewitch kathleenmmcguirelaw@gmail.com,
          kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
         Kelly  Carson    on behalf of Creditor    Construction and General Laborer' District Council of
          Chicago and Vicinity kellyc@chilpwf.com
         Kenneth M Mastny    on behalf of Creditor    R.W. Dunteman Company ken.mastny@gmail.com,
          berglundmastny@aol.com
         Kent A Gaertner    on behalf of Debtor 1    Central Suburban Contracting and Maintenance, Inc.
          kgaertner@springerbrown.com,    kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Patrick T. Wallace    on behalf of Creditor James S Jorgensen wallace.patrick@gmail.com,
          fundcounsel@gmail.com
         Patrick T. Wallace    on behalf of Creditor    Laborers Welfare fund of the Health and Welfare
          Department of The Construction and General Laborers District Council of Chicago and Vicinity, et
          al wallace.patrick@gmail.com,    fundcounsel@gmail.com
         Patrick T. Wallace    on behalf of Creditor    Laborers Pension Fund wallace.patrick@gmail.com,
          fundcounsel@gmail.com
         William A Hellyer    on behalf of Creditor    Sandman Paving & Sealcoating
          william.hellyer@williamhellyer.com,    G19543@notify.cincompass.com
         William A Hellyer    on behalf of Defendant    Sandman's Paving & Sealcoating, Inc.
          william.hellyer@williamhellyer.com,    G19543@notify.cincompass.com
                                                                                  TOTAL: 30