<div align="center">

WP KVGF "UVCVGU'DCP MTWRVE[ "EQWTV
QP VJ GTP "FKUVTKEV'QH"KNNKPQKU
GCUVGTP "FKXKUKQP

</div>

Kp'tg<                                            È
                                                 È
EGP VTCN"UWDWTDCP "EQP VTCEVKP I    È       Ecug'P q02;/6: 875
( "O CIP VGP CP EG."KP E0            È
                                                 È
                                                 È
                F gdvqt              È

<div align="center">

UWEEGUUQT"EJ CRVGT'9'VTWUVGGØU"HP CN'CEEQWP V'CP F "FKUVTKDWVKQP
TGRQTV"EGTVKHKECVKQP "VJ CV"CV"IGVUVCVG'J CU'DGGP "HWNN[
CFO KP KUVGTGF "CP F "CRRNKECVKQP "VQ"DG'FKUEJ CTIGF "*VFT+

</div>

DTGP F C'RQTVGT"J GNN U."uwceguuqt'ejcrvgt'9'vtwuvgg."uwdo ku'ju'Hkpcn'Ceeqwpv.
Egtvkhkecvkqp"jcv'jg'Guecvg'jcu'dggp'Hwn{'Cfo kpkuvgtgf'cpf"Crrnkecvkqp"vq'dg'Fkuejctigf0

3÷"Cmi'hwpfu'qp'j cpf"j cxg'dggp"H kuvtkdwvgf "kp"ceeqtf cpeg'y kj "vj g"VtwuggØu"Hkpcn'Tgrqtv
cpf ."kh'crrnkecdng."cp{ "qtf gt'qh"vj g'Eqwtv'm qf kh{kpi "vj g'Hkpcn'Tgrqtv0Vj g'ecug'ku'hwm{
cfo kpkuvgtgf "cpf "cmi'uupvu'cpf 'hwrf u'y j kej "j cxg'eqm g'wpf gt'vj g'vtwuuggØu'eqpvqtri'kp{ 'ku'ecug
j cxg'dggp "r qr gtn{ 'ceeqwpvpf 'hqt'cu'r tqxkf gf "d{ 'ncy 0Vj g'vtwuvgg'j gtgd { 'tgs wguvu''vq'dg
f kuej ctigf "htqo 'hwt'yj gt'f wtkgu'cu'c''vtwuvgg0

4÷"C''uwo m ct{ 'qh"uugu'cdcpf qpgf ."uugu'gzgo r v.'vqvcni'f kuvtkdwvkqpu'vq'ncko cpvu.'ncko u
f kuej ctigf "y kj qwv'r c{o gpv.'cpf "gzr gpugu'qh"cf o kpkuvcvkqp"ku'r tqxkf gf "dgm y <

<div style="border:1px solid black; padding:8px;">

Cuugvu'Cdcpf qpgf <375.959025          Cuugvu'Gzgo r v<P C
*Y kj qw'f gf wevkpi 'cp{'ugewtgf 'encko u+

Vqvcn'F kuvtkdwvkqpu'vq'Encko cpvu<7. .973074       Encko u'F kuej ctigf
                                                  Y kj qw'Rc{o gpv<P C

Vqvcn'Gzr gpugu'qh"Cf o kpkuvcvkqp<73.: . 2013

</div>

5÷"Vqvcni'tqou'tgegkxgu'qh"&333.853085 "±ugg'Gzj kdkv'3+."o kpwu'hwpf u'r ckf "vq"vj g'f gdvqt
cpf "vj kf 'r ctvkgu'qh"&2022 "±ugg'Gzj kdkv'4÷."{ kgnf gf 'pgv'tgegkr vu'qh"&333.853085 "htqo "vj g
nks wkf cvkqp"qh"vj g'r tqr gtv{ 'qh"vj g'guuvcvg."y j kej "y cu'f kuvtkdwgf "cu'hqm qy u<

|  | ENCIO U UEJ GF WNGF | ENCIO U CUUGT VGF | ENCIO U CNNQY GF | ENCIO U RCIF |
|---|---|---|---|---|
| UGEWTGF 'ENCIO U<br>*ftqo 'Gzjkdk'/5+ | &2022 | &2022 | &2022 | &2022 |
| RTKQTKV[ 'ENCIO U<<br>EJ CRVGT'9'CF O IP 0HGGU<br>CPF 'EJ CTI GU<br>*ftqo 'Gzjkdk'/6+ | PC | 73.552083 | 73.552083 | 73.552083 |
| RTKQT'EJ CRVGT<br>CF O IP 0HGGU'CPF<br>EJ CTI GU*ftqo 'Gzjkdk'/7+ | PC | PC | PC | PC |
| RTKQTKV[ 'WP UGEWTGF<br>ENCIO U*ftqo 'Gzjkdk'/8+ | 453.588083 | :9.564055 | :8.477053 | 79.973074 |
| I GP GTCN'WP UGEWTGF<br>ENCIO U*ftqo 'Gzjkdk'/9+ | 695.897063 | ;;4.749085 | 834.857024 | 2022 |
| **VQVCN'F KUDWTUGO GP VU** | **&927.866074** | **&3.353.972029** | **&972.552066** | **&333.853085** |

6+"Vj ku'ecug'y cu'qtki ipcm{ 'hkfgf 'wpf gt'ej cr vgt'9 'qp 34145 4222;  U 'vj e'ecug'y cu'r gpf ipi hqt'98 σ qpvj u0

7+"Cm'guvcvg'dcpm'lcvcgo gpvu. 'f gr qukv'unkr u. 'cpf 'ecpeged 'ej ecmu'j cvg'dggp 'uwdo kvvgf 'vq vj e'Wpkvgf 'Uvcvgu'Vtwuvgg0

8+"Cp 'kpf kxkf wcn'guvcvg'r tqr gtv{ 'tgeqtf 'cpf 'tgr qtv'y qy kpi 'vj e'fkpcn'ceeqwpvkpi 'qh'vj e cuugvu'qh'vj e'guvcvg'ku'cvvcej gf 'cu'Gzjkdk'/ 0 "Vj e'ecu 'tgegkr u'cpf 'f kudwtugo gpvu'tgeqtf u'hqt'eceh guvcvg'dcpm'ceeqwpv'uj qy kpi 'vj e'hkpcn'ceeqwpvkpi 'qh'tgegkr u'cpf 'f kudwtugo gpvu'qh'guvcvg hwpf u'ku'cvvcej gf 'cu'Gzjkdk'/ 0

Rwtuwcpv'vq 'Hgf 'T 'Dcpmt'R '722;.."Kj gtgd{ 'egtvkh{.'wpf gt'r gpcm{ 'qh'r gtlwt{.'vj cv'vj e hqtegqkpi 'tgr qtv'ku'vtwg'cpf 'eqttgev0

Fcvgf < 25B274238                      D{<IulIDTGP FC'RQTVGT'H GNO U.'VTWUVGE

                                        Uweeguuqt'Vtwuvgg

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 58,675.30 |
| CORPORATE CHECKING ACCOUNT | 1129-000 | 49,945.58 |
| Fraudulent transfer - C. Volpe | 1241-000 | 3,000.00 |
| Interest Earned | 1270-000 | 10.75 |
| **TOTAL GROSS RECEIPTS** | | **$ 111,631.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| PRIOR TRUSTE DAVID E. GROCHOCINSKI | 2100-000 | NA | 4,331.58 | 4,331.58 | 4,331.58 |
| BRENDA PORTER HELMS | 2200-000 | NA | 6.39 | 6.39 | 6.39 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 54.93 | 54.93 | 54.93 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 189.45 | 189.45 | 189.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 32.90 | 32.90 | 32.90 |
| ASSOCIATED BANK | 2600-000 | NA | 1,367.41 | 1,367.41 | 1,367.41 |
| Green Bank | 2600-000 | NA | 3,528.04 | 3,528.04 | 3,528.04 |
| The Bank of New York Mellon | 2600-000 | NA | 724.32 | 724.32 | 724.32 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD | 2700-000 | NA | 1,172.00 | 1,172.00 | 1,172.00 |
| ELITE PROCESS SERVING, LTD | 2990-000 | NA | 65.00 | 65.00 | 65.00 |
| UPS | 2990-000 | NA | 17.74 | 17.74 | 17.74 |
| INNOVALAW PC | 3110-000 | NA | 23,164.00 | 23,164.00 | 23,164.00 |
| INNOVALAW PC | 3120-000 | NA | 1,328.85 | 1,328.85 | 1,328.85 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SCOTT HOREWITCH PIDGEON & ABRAMS | 3410-000 | NA | 3,212.50 | 3,212.50 | 3,212.50 |
| SCOTT HOREWITCH PIDGEON & ABRAMS L | 3410-000 | NA | 8,185.00 | 8,185.00 | 8,185.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 51,880.11 | $ 51,880.11 | $ 51,880.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Construction & General Laborers Local Union # 25 9838 West Roosevelt Road Westchester, IL 60154 | | 45,511.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | International Union of Operating Engineers 6200 Joliet Road Country Side, IL 60525-3992 | | 2,409.09 | NA | NA | 0.00 |
| | Laborers' Pension & Welfare Funds 11465 Cermak Road Westchester, IL 60154-5768 | | 140,336.06 | NA | NA | 0.00 |
| | Midwest Operating Engineers Fringe Benefit Funds 6150 Joliet Road Country Side, IL 60525 | | 43,709.63 | NA | NA | 0.00 |
| 21 | CONSTRUCTION AND GENERAL LABORERS' | 5300-000 | NA | 34,557.87 | 34,557.87 | 34,557.87 |
| 22 | IUOE LOCAL 150 AFL-CIO | 5300-000 | NA | 1,517.76 | 1,517.76 | 1,517.76 |
| 23 | LABORERS' PENSION & WELFARE FUNDS | 5300-000 | NA | 2,124.77 | 2,124.77 | 2,124.77 |
| 5 | LOCAL 150 U. O. E. VACATION SAVINGS I | 5300-000 | NA | 206.15 | 206.15 | 206.15 |
| 23.1 | LABORERS' PENSION & WELFARE FUNDS | 5400-000 | NA | 46,668.14 | 45,581.12 | 20,333.39 |
| 2 | MIDWEST OPERATING ENGINEERS PENSION | 5400-000 | NA | 764.92 | 764.92 | 341.23 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MIDWEST OPERATING ENGINEERS RETIREM | 5400-000 | NA | 108.50 | 108.50 | 48.40 |
| 1 | MIDWEST OPERATING ENGINEERS WELFARE | 5400-000 | NA | 1,269.45 | 1,269.45 | 566.29 |
| 4 | OPERATING ENGINEERS LOCAL 150 APPRE | 5400-000 | NA | 124.77 | 124.77 | 55.66 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 231,966.11 | $ 87,342.33 | $ 86,255.31 | $ 59,751.52 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Asphalt Paving Company 110 Brandt Drive Hoffman Estates, IL 60192 | | 2,070.87 | NA | NA | 0.00 |
| | Atlas Companies 5050 N River Rd Schiller Park, IL 60176 | | 1,255.00 | NA | NA | 0.00 |
| | Beverly Materials, LLC 1100 Brandt Drive Hoffman Estates, IL 60192 | | 13,807.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blackstone Equipment Financing, Inc 1224 E. Katella Av. Suite #205 Orange, CA 92867 | | 0.00 | NA | NA | 0.00 |
| | Bull's Eye Boring, Inc. 3220 21st Street Zion, IL 60099 | | 8,600.00 | NA | NA | 0.00 |
| | Chase 340 S Cleveland Ave Building 370 Westerville, OH 43081 | | 3,269.38 | NA | NA | 0.00 |
| | Crush-Crete, Inc. Addison, IL 60101 | | 9,350.84 | NA | NA | 0.00 |
| | DeKane Equipment Corporation 47W619 US Rt 30 PO Box 157 Big Rock, IL 60511 | | 2,992.64 | NA | NA | 0.00 |
| | Elmhurst Chicago Stone PO Box 57 Elmhurst, IL 60126-0057 | | 121,171.31 | NA | NA | 0.00 |
| | Ford Motor Credit PO Box 790093 Saint Louis, MO 63179-0093 | | 25,221.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Chlorinating Specialists Inc. 24 W 134 St Charles Rd Carol Stream, IL 60188 | | 665.00 | NA | NA | 0.00 |
| | Gabrick Excavating 9250 Trinity Drive Lake in the Hills, IL 60156 | | 2,823.75 | NA | NA | 0.00 |
| | Kieft Brothers, Inc. 837 S. Riverside Dr. Elmhurst, IL 60126 | | 71,673.22 | NA | NA | 0.00 |
| | LaFarge Fox River, Inc. 23283 Network Place Chicago, IL 60673-1232 | | 47,996.12 | NA | NA | 0.00 |
| | Markaty, Inc. 1311 N. Raddant Rd. Batavia, IL 60510 | | 2,288.93 | NA | NA | 0.00 |
| | Mid American Water, Inc. 1500 East Mountain Aurora, IL 60505 | | 102,771.98 | NA | NA | 0.00 |
| | MRG Enterprises 1736 Farmside Drive Carpentersville, IL 60110 | | 1,620.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Optio Solutions, LLC 6139 State Farm Drive Rohnert Park, CA 94928 | | 9,254.96 | NA | NA | 0.00 |
| | Optio Solutions, LLC 6139 State Farm Drive Rohnert Park, CA 94928 | | 13,516.00 | NA | NA | 0.00 |
| | R & J Contruction Supply Co. 30 W 180 Butterfield Rd Warrenville, IL 60565 | | 1,915.93 | NA | NA | 0.00 |
| | R. Zimmerman, Inc. 301 Industrial Drive DeKalb, IL 60115 | | 1,880.00 | NA | NA | 0.00 |
| | Safety Check, Inc. 13753 McKanna Road Minooka, IL 60447 | | 6,000.00 | NA | NA | 0.00 |
| | Sherman Benefit Manager - Algonquin 600 S. Randall Road Algonquin, IL 60102 | | 913.00 | NA | NA | 0.00 |
| | TCL Excavating, Inc. 617 Whirlaway Dr. Genoa, IL 60135 | | 7,910.60 | NA | NA | 0.00 |
| | Union Oil of Union, IL. 18720 Route 176 Marengo, IL 60152 | | 3,800.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weiss, Sugar, Dvorak & Dusek, Ltd Certified Public Accountants 20 N Wacker Dr, Suite 2250 Chicago, IL 60606 | | 3,175.00 | NA | NA | 0.00 |
| | WEN Enterprises, Inc. 1311 N. Raddant Rd. Batavia, IL 60510 | | 4,698.76 | NA | NA | 0.00 |
| | West Bend Mutual Insurance Co. 1900 S. 18th Avenue West Bend, WI 53095 | | 1,822.66 | NA | NA | 0.00 |
| | William Boyle 741 Farow Aurora, IL 60506 | | 1,212.50 | NA | NA | 0.00 |
| 14 | BULL'S EYE BORING INC. | 7100-000 | NA | 8,600.00 | 8,600.00 | 0.00 |
| 21a | CONSTRUCTION AND GENERAL LABORERS' | 7100-000 | NA | 765.00 | 765.00 | 0.00 |
| 8 | DEKANE EQUIPMENT CORPORATION | 7100-000 | NA | 2,992.64 | 2,992.64 | 0.00 |
| 11 | ELMHURST-CHICAGO STONE CO | 7100-000 | NA | 121,043.13 | 54,055.85 | 0.00 |
| 19 | GENEVA CONSTRUCTION COMPANY | 7100-000 | NA | 332,406.92 | 187,280.23 | 0.00 |
| 22a | IUOE LOCAL 150 AFL-CIO | 7100-000 | NA | 1,254.41 | 1,254.41 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | KIEFT BROTHERS INC. | 7100-000 | NA | 136,051.68 | 24,549.71 | 0.00 |
| 23a | LABORERS' PENSION & WELFARE FUNDS | 7100-000 | NA | 93,396.26 | 93,396.26 | 0.00 |
| 16 | LAFARGE FOX RIVER INC. | 7100-000 | NA | 49,266.36 | 49,266.36 | 0.00 |
| 5a | LOCAL 150 U. O. E. VACATION SAVINGS I | 7100-000 | NA | 3,764.84 | 3,764.84 | 0.00 |
| 6 | M.O.E. CONSTRUCTION INDUSTRY RESEAR | 7100-000 | NA | 495.13 | 495.13 | 0.00 |
| 12 | MARKATY INC | 7100-000 | NA | 3,072.06 | 614.40 | 0.00 |
| 17 | MID AMERICAN WATER INC. | 7100-000 | NA | 105,324.58 | 55,324.58 | 0.00 |
| 2a | MIDWEST OPERATING ENGINEERS PENSION | 7100-000 | NA | 13,066.64 | 13,066.64 | 0.00 |
| 3a | MIDWEST OPERATING ENGINEERS RETIREM | 7100-000 | NA | 1,078.65 | 1,078.65 | 0.00 |
| 1a | MIDWEST OPERATING ENGINEERS WELFARE | 7100-000 | NA | 20,744.99 | 20,744.99 | 0.00 |
| 4a | OPERATING ENGINEERS LOCAL 150 APPRE | 7100-000 | NA | 2,007.47 | 2,007.47 | 0.00 |
| 15 | R & J CONTRUCTION SUPPLY CO. | 7100-000 | NA | 1,915.92 | 1,915.92 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | R. ZIMMERMAN INC. | 7100-000 | NA | 1,880.00 | 1,880.00 | 0.00 |
| 7 | R.W. DUNTEMAN COMPANY | 7100-000 | NA | 81,863.53 | 81,863.53 | 0.00 |
| 9 | SAFETY CHECK INC. | 7100-000 | NA | 6,000.00 | 6,000.00 | 0.00 |
| 13 | WEN ENTERPRISES INC | 7100-000 | NA | 4,698.76 | 939.75 | 0.00 |
| 18 | WEST BEND MUTUAL INSURANCE CO. | 7100-000 | NA | 838.66 | 838.66 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 473,678.41 | $ 992,527.63 | $ 612,695.02 | $ 0.00 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 09-48653 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name:   CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC.

Date Filed (f) or Converted (c):   12/23/2009 (f)

341(a) Meeting Date:   02/02/2010

For Period Ending:   03/10/2016

Claims Bar Date:   05/11/2010

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CORPORATE CHECKING ACCOUNT | 49,945.58 | 49,945.58 | | 49,945.58 | FA |
| 2.  ACCOUNTS RECEIVABLE | 175,800.00 | 175,800.00 | | 58,675.30 | FA |
| 3.  LOAN TO SHAREHOLDER | 15,236.14 | 0.00 | | 0.00 | FA |
| 4.  LOAN TO SHAREHOLDER | 114,080.89 | 0.00 | | 0.00 | FA |
| 5.  2004 CHEVY SILVERADO | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6.  2000 CHEVY K15 SILVERADO | 4,100.00 | 4,100.00 | | 0.00 | FA |
| 7.  1997 FORD F250 PICKUP | 500.00 | 500.00 | | 0.00 | FA |
| 8.  1994 CHRYLSER LHS | 500.00 | 500.00 | | 0.00 | FA |
| 9.  1986 FORD F350 PICKUP | 500.00 | 500.00 | | 0.00 | FA |
| 10.  OFFICE EQUIPMENT | 600.00 | 600.00 | | 0.00 | FA |
| 11.  MACHINERY | 14,200.00 | 14,200.00 | | 0.00 | FA |
| 12.  Fraudulent transfer - C. Volpe (u)     Prior Trustee settled adversary for recovery of fraudulent transfer per order dated 1/11/13 for $3,000 to be paid in installments | Unknown | 0.00 | | 3,000.00 | FA |
| INT.  Interest Earned                          (u) | Unknown | N/A | | 10.75 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $379,462.61 | $250,145.58 | | $111,631.63 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active
TURNOVER OF BANK FUNDS; COLLECTION OF A/RS PENDING; PREFERENCE AVOIDANCES PENDING, 11A 02669; 11A 02669; 11A 02670; 11A 02671
Waiting for final tax returns.
Final estate taxes mailed in on 2/24/14.  Must wait 12 weeks to send prompt determination letters 5/24/14.
Successor Trustee appointed 4/16/14; TFR submitted to UST

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/30/2011          Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-48653
Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC.

Taxpayer ID No: XX-XXX7936
For Period Ending: 03/10/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7265
                     Money Market Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/10 | 1 | PNC BANK | TURNOVER OF BANK ACCOUNT | 1129-000 | $49,945.58 | | $49,945.58 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | $1.64 | | $49,947.22 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | $2.12 | | $49,949.34 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.41 | | $49,949.75 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.42 | | $49,950.17 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.41 | | $49,950.58 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.42 | | $49,951.00 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.42 | | $49,951.42 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-48653, Bond#016026455 2300-000          $-32.90 | 2300-000 | | $32.90 | $49,918.52 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.38 | | $49,918.90 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.42 | | $49,919.32 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.41 | | $49,919.73 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.42 | | $49,920.15 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.41 | | $49,920.56 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.42 | | $49,920.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $95.74 | $49,825.24 |

Page Subtotals: $49,953.88   $128.64

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 09-48653 | | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | Exhibit 9 |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX7265 | | |
| | | | | Money Market Account | | |
| Taxpayer ID No: XX-XXX7936 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 03/10/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,825.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $116.06 | $49,709.60 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($3.42) | $49,713.02 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $49,713.42 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $102.14 | $49,611.28 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.42 | | $49,611.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $98.54 | $49,513.16 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $49,513.56 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $108.53 | $49,405.03 |
| 12/28/11 | 1002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD 1900 Ravinia PlaceOrland Park, IL  60462 | REIMBURSEMENT FOR 4 ADVERSARY FILING FEES        2700-000      $-1,172.00 11 A 0667; 11 A 02669;  11 A 02670; 11 A 02671 | 2700-000 | | $1,172.00 | $48,233.03 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $48,233.44 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $101.51 | $48,131.93 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $48,132.33 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $105.22 | $48,027.11 |
| 02/07/12 | | Transfer to Acct # xxxxxx5301 | Transfer of Funds | 9999-000 | | $48,027.11 | $0.00 |

| Page Subtotals: | $2.45 | $49,827.69 |
|---|---|---|

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $49,956.33 | $49,956.33 |
| Less: Bank Transfers/CD's | $0.00 | $48,027.11 |
| Subtotal | $49,956.33 | $1,929.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $49,956.33 | $1,929.22 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-48653 | |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX7266 |
| | Checking Account |

| | |
|---|---|
| Taxpayer ID No: XX-XXX7936 | |
| For Period Ending: 03/10/2016 | |

| | |
|---|---|
| Blanket Bond (per case limit): $5,000,000.00 | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $0.00 | $0.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-48653 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX5301 |
| | DDA |
| Taxpayer ID No: XX-XXX7936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/10/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/12 | | Transfer from Acct # xxxxxx7265 | Transfer of Funds | 9999-000 | $48,027.11 | | $48,027.11 |
| 02/10/12 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Term: 2/1/12 to 2/01/13          2300-000    $-42.71 | 2300-000 | | $42.71 | $47,984.40 |
| 02/13/12 | 2 | PLOTE CONSTRUCTION INC. 1100 BRANDT DRIVEHOFFMAN ESTATES, IL  60192 | A/R TURNOVER | 1121-000 | $38,788.74 | | $86,773.14 |
| 02/29/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $89.77 | $86,683.37 |
| 03/30/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $144.39 | $86,538.98 |
| 04/30/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $130.63 | $86,408.35 |
| 05/31/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $139.43 | $86,268.92 |
| 06/29/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $139.21 | $86,129.71 |
| 07/31/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $134.50 | $85,995.21 |
| 08/20/12 | | VOID: UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | ($20.16) | $86,015.37 |
| 08/20/12 | 5003 | UPS LOCKBOX 577CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY FEES 2990-000    $-17.74 | 2990-000 | | $17.74 | $85,997.63 |
| 08/20/12 | 5002 | UPS LOCKBOX 577CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY FEES 2990-000    $-20.16 | 2990-000 | | $20.16 | $85,977.47 |
| 08/31/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $152.19 | $85,825.28 |
| 09/28/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $120.62 | $85,704.66 |
| 10/05/12 | 5004 | ELITE PROCESS SERVING, LTD 16106 ROUTE 59, STE 200PLAINFIELD, IL  60586 | PRIVATE PROCESS SERVER 2990-000    $-65.00 | 2990-000 | | $65.00 | $85,639.66 |

| | | | Page Subtotals: | | $86,815.85 | $1,176.19 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-48653 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX5301 |
| | DDA |
| Taxpayer ID No: XX-XXX7936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/10/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/12 | | Green Bank 401 GreenbriarHouston, TX 77098 | Bank Service Fee | 2600-000 | | $138.23 | $85,501.43 |
| 11/30/12 | | Green Bank 401 GreenbriarHouston, TX 77098 | Bank Service Fee | 2600-000 | | $142.42 | $85,359.01 |
| 12/31/12 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $128.85 | $85,230.16 |
| 01/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $137.53 | $85,092.63 |
| 02/21/13 | 5005 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | Bond#016026455 2300-000        $-80.61 | 2300-000 | | $80.61 | $85,012.02 |
| 02/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $124.01 | $84,888.01 |
| 03/04/13 | 12 | CHRISTOPHER VOLPE 29 W 621 VALE ROADWEST CHICAGO, IL 60185 | SETTLEMENT PAYMENT RE ADVERSARY [dkt 74] PROCEEDING | 1241-000 | $1,000.00 | | $85,888.01 |
| 03/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $138.38 | $85,749.63 |
| 04/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $133.91 | $85,615.72 |
| 05/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $147.07 | $85,468.65 |
| 06/18/13 | 12 | Christopher M. Volpe 29 West 621 Vale RoadWest Chicago, IL 60185 | Settlement payment [dkt 74] adversary proceeding | 1241-000 | $1,000.00 | | $86,468.65 |
| 06/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $125.19 | $86,343.46 |
| 07/15/13 | 5006 | SCOTT HOREWITCH PIDGEON & ABRAMS, L 2150 E Lake Cook RoadSuite 560Buffalo Grove, IL 60089 | fees awarded per order [dkt 90] | 3410-000 | | $6,500.00 | $79,843.46 |

| | | | Page Subtotals: | | $2,000.00 | $7,796.20 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-48653
Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC.

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: GREEN BANK
Account Number/CD#: XXXXXX5301
DDA

Taxpayer ID No: XX-XXX7936
For Period Ending: 03/10/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $136.62 | $79,706.84 |
| 08/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $136.92 | $79,569.92 |
| 09/09/13 | 12 | Christopher Volpe 29 W. 621 Volpe Rd.West Chicago, IL 60185 | Settlement payment re: adversary [dkt 74] proceeding | 1241-000 | $1,000.00 | | $80,569.92 |
| 09/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $117.06 | $80,452.86 |
| 10/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $129.82 | $80,323.04 |
| 11/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $129.61 | $80,193.43 |
| 12/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $125.23 | $80,068.20 |
| 01/31/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $137.54 | $79,930.66 |
| 02/28/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $116.50 | $79,814.16 |
| 03/31/14 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $120.48 | $79,693.68 |
| 04/02/14 | 5007 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14 to 2/10/15        2300-000 $-66.13 | 2300-000 | | $66.13 | $79,627.55 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $111.93 | $79,515.62 |
| 05/02/14 | | Transfer to Acct # XXXXXX3581 | Bank Funds Transfer | 9999-000 | | $79,515.62 | $0.00 |

Page Subtotals: $1,000.00  $80,843.46

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

| | | |
|---|---|---|
| COLUMN TOTALS | $89,815.85 | $89,815.85 |
| Less: Bank Transfers/CD's | $48,027.11 | $79,515.62 |
| Subtotal | $41,788.74 | $10,300.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,788.74 | $10,300.23 |

Exhibit 9

Page Subtotals:                    $0.00          $0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  09-48653
Case Name:  CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC.

Taxpayer ID No:  XX-XXX7936
For Period Ending:  03/10/2016

Trustee Name:  BRENDA PORTER HELMS, TRUSTEE
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX3581
      Checking - Non Interest
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX5301 | Bank Funds Transfer | 9999-000 | $79,515.62 | | $79,515.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.18 | $79,397.44 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.23 | $79,283.21 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.88 | $79,165.33 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.70 | $79,047.63 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $113.74 | $78,933.89 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.35 | $78,816.54 |
| 11/14/14 | 10001 | SCOTT HOREWITCH PIDGEON & ABRAMS LL | per order 11/7/14 [dkt 101] | 3410-000 | | $1,685.00 | $77,131.54 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $112.35 | $77,019.19 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.50 | $76,904.69 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.34 | $76,790.35 |
| 02/19/15 | 10002 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $54.93 | $76,735.42 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.12 | $76,632.30 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $113.93 | $76,518.37 |
| 04/28/15 | 10003 | INNOVALAW P.C. | Court order #106 entered 2/6/15 | 3110-000 | | $23,164.00 | $53,354.37 |
| 05/01/15 | 10004 | INNOVALAW P.C. | attorney expenses per order [dkt 106] | 3120-000 | | $1,328.85 | $52,025.52 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $110.09 | $51,915.43 |

Page Subtotals:    $79,515.62    $27,600.19

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-48653 | |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | |

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3581
Checking - Non Interest

Exhibit 9

Taxpayer ID No: XX-XXX7936
For Period Ending: 03/10/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/15 | | CONSTRUCTION, K-FIVE 13769 Main StLemont IL 60439 | | | $19,886.56 | | $71,801.99 |
| 06/01/15 | 2 | CONSTRUCTION, K-FIVE 13769 Main StreetLemont IL 60439 | account receivable | | $19,886.56 | | $91,688.55 |
| 06/01/15 | | Reverses Deposit # 1 | deposit entered twice | | ($19,886.56) | | $71,801.99 |
| 01/12/16 | 10005 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL  60625 | Distribution Reversal Wrong payee; to be reissued to The Helms Law Firm | | | ($4,506.39) | $76,308.38 |
| | | BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order. | $4,500.00 2100-000 | | | |
| | | BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order. | $6.39 2200-000 | | | |
| 01/12/16 | 10016 | LABORERS' PENSION & WELFARE FUNDS Office of Fund Counsel c/o Christina Krivanek 111 W Jackson Blvd Ste 1415 Chicago, IL  60604 | Final distribution to claim 23 representing a payment of 44.61 % per court order. Reversal check mangled in printer | 5400-000 | | ($20,333.39) | $96,641.77 |
| 01/12/16 | 10005 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL  60625 | Distribution | | | $4,506.39 | $92,135.38 |
| | | BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order. | ($4,500.00) 2100-000 | | | |
| | | BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order. | ($6.39) 2200-000 | | | |
| 01/12/16 | 10006 | PRIOR TRUSTE DAVID E. GROCHOCINSKI DAVID E. GROCHOCINSKI PRIOR TRUSTEE | Final distribution representing a payment of 100.00 % per court order. | 2990-000 | | $4,331.58 | $87,803.80 |

| | | | Page Subtotals: | | $19,886.56 | ($16,001.81) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

FORM 2

Exhibit 9

| | |
|---|---|
| Case No: 09-48653 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3581 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX7936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/10/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/16 | 10007 | SCOTT HOREWITCH PIDGEON & ABRAMS<br>2150 E. LAKE COOK ROAD<br>SUITE 560<br>BUFFALO GROVE, IL  60089-1877 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,212.50 | $84,591.30 |
| 01/12/16 | 10008 | LOCAL 150 U. O. E. VACATION SAVINGS I<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5300-000 | | $206.15 | $84,385.15 |
| 01/12/16 | 10009 | CONSTRUCTION AND GENERAL LABORERS'<br>District Council of Chicago and Vicinity<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL  60604 | Final distribution to claim 21 representing a payment of 100.00 % per court order. | 5300-000 | | $34,557.87 | $49,827.28 |
| 01/12/16 | 10010 | IUOE LOCAL 150 AFL-CIO<br>Elizabeth A LaRose<br>6140 Joliet Road<br>Countryside, IL  60525 | Final distribution to claim 22 representing a payment of 100.00 % per court order. | 5300-000 | | $1,517.76 | $48,309.52 |
| 01/12/16 | 10011 | LABORERS' PENSION & WELFARE FUNDS<br>Office of Fund Counsel<br>c/o Christina Krivanek<br>111 W Jackson Blvd Ste 1415<br>Chicago, IL  60604 | Final distribution to claim 23 representing a payment of 100.00 % per court order. | 5300-000 | | $2,124.77 | $46,184.75 |
| 01/12/16 | 10012 | MIDWEST OPERATING ENGINEERS WELFARE<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Final distribution to claim 1 representing a payment of 44.61 % per court order. | 5400-000 | | $566.29 | $45,618.46 |
| 01/12/16 | 10013 | MIDWEST OPERATING ENGINEERS PENSION<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Final distribution to claim 2 representing a payment of 44.61 % per court order. | 5400-000 | | $341.23 | $45,277.23 |

Page Subtotals:                $0.00        $42,526.57

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 09-48653 | | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | |
| Case Name: CENTRAL SUBURBAN CONTRACTING & MAINTENANCE, INC. | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX3581 | | |
| | | | | Checking - Non Interest | | |
| Taxpayer ID No: XX-XXX7936 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 03/10/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/16 | 10014 | MIDWEST OPERATING ENGINEERS RETIREM<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Final distribution to claim 3 representing a payment of 44.61 % per court order. | 5400-000 | | $48.40 | $45,228.83 |
| 01/12/16 | 10015 | OPERATING ENGINEERS LOCAL 150 APPRE<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Final distribution to claim 4 representing a payment of 44.61 % per court order. | 5400-000 | | $55.66 | $45,173.17 |
| 01/12/16 | 10016 | LABORERS' PENSION & WELFARE FUNDS<br>Office of Fund Counsel<br>c/o Christina Krivanek<br>111 W Jackson Blvd Ste 1415<br>Chicago, IL  60604 | Final distribution to claim 23 representing a payment of 44.61 % per court order. | 5400-000 | | $20,333.39 | $24,839.78 |
| 01/12/16 | 10017 | The Helms Law Firm P.C. | Successor Trustee fee | 2100-000 | | $4,500.00 | $20,339.78 |
| 01/12/16 | 10018 | Laborers Pension & Welfare Funds | final distribution to claim 23 representing a payment of 44.61% | 5400-000 | | $20,333.39 | $6.39 |
| 01/12/16 | 10019 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $6.39 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $99,402.18 | $99,402.18 |
| Less: Bank Transfers/CD's | $79,515.62 | $0.00 |
| Subtotal | $19,886.56 | $99,402.18 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,886.56 | $99,402.18 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $45,277.23 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3581 - Checking - Non Interest | $19,886.56 | $99,402.18 | $0.00 |
| XXXXXX5301 - DDA | $41,788.74 | $10,300.23 | $0.00 |
| XXXXXX7265 - Money Market Account | $49,956.33 | $1,929.22 | $0.00 |
| XXXXXX7266 - Checking Account | $0.00 | $0.00 | $0.00 |
| | $111,631.63 | $111,631.63 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $111,631.63 |
| Total Gross Receipts: | $111,631.63 |

Page Subtotals:                                      $0.00              $0.00